# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>**WILLIAM EARL HARDY**<br><br>_Defendant(s)_ | )<br>)<br>) Case No.<br>)     3:20-MJ-**1055**<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _April 6, 2020_ in the county of _Knox_ in the _Eastern_ District of _Tennessee_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S. Code §§ 751(a) & 4082 | Escape from Custody |

This criminal complaint is based on these facts:
See attached Affidavit of Deputy United States Marshal Robert B. Stafford.

☑ Continued on the attached sheet.

_Complainant's signature_

Robert B. Stafford, Deputy United States Marshal
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 04/08/2020

_Judge's signature_

City and state: Knoxville, Tennessee

Debra C. Poplin, U.S. Magistrate Judge
_Printed name and title_

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM EARL HARDY | Case No. 3:20-MJ-_1055_ |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Robert B. Stafford, Deputy United States Marshal, being duly sworn, do depose and state as follows:

1. I am currently employed as a Deputy United States Marshal in the Eastern District of Tennessee. As a Deputy United States Marshal, I am responsible for, among other things, the apprehension of federal fugitives.

2. On November 11, 2015, William Earl Hardy was found guilty of Possession of Firearm by a Convicted Felon 18 U.S.C. § 922(g)(1). Hardy was sentenced to serve 77 months in prison, with 24 months of supervised release.

3. On March 11, 2020, the United States Bureau of Prisons transferred Hardy to the Midway Rehabilitation Center (Midway) located at 1515 East Magnolia Avenue, Knoxville, Tennessee, for the completion of his court-ordered sentence of confinement.

4. On April 7, 2020, I learned that Hardy had escaped from Midway on April 6, 2020 at approximately 4:30pm. I learned that Hardy packed all of his belongings into a bag and left the facility. Staff at Midway were unable persuade Hardy to stop, even after giving him a verbal warning return.

On April 7, 2020, the Bureau of Prisons issued a Notice of Escaped Federal Prisoner due to his escape from Midway.

5. Based on the foregoing, I submit that probable cause exists that on or about April 6, 2020, within the Eastern District of Tennessee, William Earl Hardy escaped from custody in violation of 18 U.S.C. §§ 751(a) and 4082. Accordingly, I respectfully request that this Court issue a warrant for the arrest of William Earl Hardy.

Respectfully submitted,

_____
Robert B. Stafford
Deputy United States Marshal
United States Marshals Service

Subscribed and sworn to before me on April 8, 2020:

_____
United States Magistrate Judge

2