
**FILED**

JUN 16 2020

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA

v.

WILLIAM EARL HARDY

Case No. 3:20-CR-49

Judges Varlan/Guyton

## INDICTMENT

The Grand Jury charges that, on or about April 6, 2020, in Knox County, in the Eastern District of Tennessee, the defendant, WILLIAM EARL HARDY, did knowingly escape from custody in the Midway Rehabilitation Center, an institution and facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Middle District of Florida upon conviction for Possession of a Firearm by Felon in violation of 18 U.S.C. § 922(g); in violation of Title 18, United States Code, Sections 751(a) and 4082.

A TRUE BILL:

**SIGNATURE REDACTED**

GRAND JURY FOREPERSON

J. DOUGLAS OVERBEY
UNITED STATES ATTORNEY

*/s/ Casey T. Arrowood*

Casey T. Arrowood
Assistant United States Attorney